### Barnesboro Borough *v.* Lampman, Appellant.

Argued May 3, 1909. Appeal, No. 201, April T., 1909, by defendant, from judgment of C. P. Cambria Co., Sept. T., 1908, No. 617, overruling demurrer to statement in case of Barnesboro Borough v. H. G. Lampman, Jr. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Reversed.

OPINION BY PORTER, J., October 11, 1909:

This record presents only the same question which has been considered in the opinion this day filed in the case of this same plaintiff against Martha Speice, ante, p. 609, and for the reasons in that opinion stated the specifications of error are sustained.

The judgment is reversed and the record remitted with a procedendo.